

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2015

No. 04-13-00518-CV

Sandra Garza **DAVIS** f/k/a Sandra C. Saks and Landen Saks,
Appellants

v.

Lauren Saks **MERRIMAN** and Marcus P. Rogers, Interim Trustee,
Appellees

No. 04-13-00875-CV

Sandra **SAKS**, Margaret Landen Saks, and Lee Nick McFadin III,
Appellants

v.

Lauren **SAKS** a/k/a Gloria Lauren Nicole Saks and Marcus P. Rogers, Interim Trustee,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

The purpose of this order is to dispose of motions and requests in these related appeals.

In his first amended brief filed on March 19, 2014, appellee Marcus P. Rogers, Interim Trustee, requested the consolidation of these appeals for purposes of submission and decision. Thereafter, the other parties joined this consolidation request. The request to consolidate the above-referenced appeals is GRANTED and the above-referenced appeals are ORDERED consolidated. **The parties must file all future motions and other pleadings as if these appeals were a single appeal; however, both appeal numbers and styles must appear on any**

**document filed.** The Court will dispose of these appeals with the same judgment, opinion, and mandate.

Appellee Rogers's motion to strike items 4 and 5 in the appendices of the briefs of Sandra C. Saks and Margaret Landen Saks in appellate cause number 04-13-00518-CV is GRANTED in part, and DENIED in part. An appellate court may not consider matters outside the appellate record, and attachment of documents as appendices to an appellate brief does not constitute formal inclusion in the record. *Simmons v. Blackstone Developers, LLC,* No. 10-14-00228-CV, 2014 WL 7232241, at *3 (Tex. App.—Waco 2014, no pet.)*; Bencon Mgmt. & Gen. Contracting, Inc. v. Boyer, Inc.,* 178 S.W.3d 198, 210 (Tex. App.—Houston [14th Dist.] 2005, no pet.); *see also* TEX. R. APP. P. 34.1 *(*providing that the appellate record consists of the clerk's record, and if necessary to the appeal, the reporter's record*)*. It appears that item 4 is included in the clerk's record; however, item 5 does not appear in the appellate record. It is therefore ORDERED that item 5 is STRICKEN from the appendices of the above-referenced briefs.

For the same reasons, appellee Rogers's motion to strike items 5, 7, and 8 in the appendices of the briefs of Sandra C. Saks and Margaret Landen Saks in appellate cause number 04-13-00875-CV is GRANTED in part, and DENIED in part. It appears that item 5 is included in the clerk's record; however, items 7 and 8 do not appear in the appellate record. It is therefore ORDERED that items 7 and 8 are STRICKEN from the appendices of the above-referenced briefs.

Appellants' motions to strike the information filed by Rogers on September 9, 2014, are GRANTED. It is therefore ORDERED that the information filed in this Court by Rogers on September 9, 2014, will not be considered by the Court in deciding these appeals.

It is so ORDERED on this 20th day of February, 2015

PER CURIAM

ATTESTED:_____

Keith E. Hottle
Clerk of Court